UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Travis F. Bleak, | Case No. 2:25-cv-01830-APG-DJA |
| Plaintiff, | **Order** |
| v. | |
| The Church of Jesus Christ, Latter-Day Saints, | |
| Defendants. | |

High Desert State Prison inmate, Plaintiff Travis Floyd Bleak, has filed two applications to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee). (ECF Nos. 4, 5). Plaintiff's applications both contain the same material, but in a different order. His applications consist of one application on this Court's form, one on the form intended for state court, and a request for additional time to submit his inmate account statement. The Court denies both applications without prejudice for three reasons and gives Plaintiff leave to file a renewed one. The Court will also give Plaintiff additional time to file his renewed application given his explanation that NDOC is experiencing delays providing inmate account statements.

First, Plaintiff has submitted an application that is not on this Court's form. Under Local Special Rule[1] 1-1, an application to proceed *in forma pauperis* must be made on the form provided by the Court. The Court will send Plaintiff a blank copy of its form and will not accept an application on a form intended for another court.

Second, Plaintiff's application does not contain a complete answer to question 1(b). In response to question 1, which asks Plaintiff if he is presently employed, Plaintiff marked "no."

---

[1] This refers to the Local Rules for the United States District Court for the District of Nevada and can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/.

Question 1(b) asks that, if the answer to question 1 is "no," for Plaintiff to state the date of last employment and the amount of the salary or wages per month which he received. However, Plaintiff left question 1(b) blank.

Third, Plaintiff has also failed to attach an inmate account statement for the past six months. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

The Court with therefore deny Plaintiff's application to proceed *in forma paupers* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, he must file a complete application on this Court's approved form including all the documents referenced in this order. Plaintiff must answer all applicable questions. The Court will give Plaintiff additional time to file his application so that he may obtain his inmate account statement and financial certificate.

**IT IS THEREFORE ORDERED** that Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 4, 5) are **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

///

///

///

**IT IS FURTHER ORDERED** that by **January 26, 2026**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the full $405 filing fee for a civil action, which includes the $350 filing fee and the $55 administrative fee. Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed.

DATED: November 25, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE